**Order entered July 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00192-CR

**RITO DUENAS-QUINTERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-54251-Y**

## ORDER

On July 3, 2014, this Court ordered court reporter Sharon Hazlewood to file, within fifteen days, a supplemental record containing State's Exhibit no. 3, a CD with photographs. To date, Ms. Hazlewood has neither filed the exhibit nor communicated with the Court regarding the status of the exhibit.

Accordingly, we **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file by **AUGUST 11, 2014** a supplemental record containing State's Exhibit no. 3, a CD with photographs. If Ms. Hazlewood does not file the supplemental record with the exhibit by the date specified, the Court will order that she not sit as a court reporter until she has filed the supplemental record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7, and to counsel for all parties.

/s/    DAVID EVANS
JUSTICE